# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 02, 2014

Mr. Robert H. Albaral
Baker & McKenzie, L.L.P.
2001 Ross Avenue
Trammell Crow Center
Suite 2300
Dallas, TX 75201

    No. 14-60295   Pilgrim's Pride Corporation v. CIR
                            Agency No. 12089-10

Dear Mr. Albaral,

The following pertains to your brief electronically filed on June 30, 2014.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Shawn D. Henderson, Deputy Clerk
                                        504-310-7668

cc:
    Ms. Kathryn Keneally
    Ms. Jennifer Marie Rubin
    Mr. Todd A. Schroeder
    Mr. William J. Wilkins